UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY LITTLE HOOP,<br><br>Defendant. | 3:26-CR-30024-ECS<br>3:23-CR-30060-ECS<br><br><br>SENTENCING<br>SCHEDULING ORDER |

Defendant Anthony Little Hoop appeared before Magistrate Judge Mark Moreno for a change of plea hearing on May 7, 2026.  Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Indictment in 3:26-CR-30024-ECS, and has admitted the allegations in Paragraphs 1, 2, & 3 of the Second Amended Petition to Revoke Supervised Release, Doc. 65, in 3:23-CR-30060-ECS  For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendation, Doc. 19 in 3:26-CR-30024-ECS, Doc. 68 in 3:23-CR-30060-ECS, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Indictment in 3:26-CR-30024-ECS, and accepts the admissions to the allegations in Paragraphs 1, 2, & 3 of the Second Amended Petition to Revoke Supervised Release, Doc. 65, in 3:23-CR-30060-ECS  It is further

ORDERED that a combined modified presentence report be prepared and the draft shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **June 29, 2026.**  It is further

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **July 13, 2026**.  If counsel has no objections to the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event.  It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **July 27, 2026**.  All letters of support shall be legibly scanned as one document and not scanned as separate documents.  It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **July 27, 2026**.  An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event.  It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **August 3, 2026**.  It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, August 10, 2026 at 1:00 p.m.**, in the Courtroom of the U.S. Courthouse in Pierre South Dakota.

DATED this 8th day of May, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2